DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO GENERAL INSURANCE COMPANY,**
Petitioner,

v.

**KELLY PATON,**
Respondent.

No. 4D13-2166

[May 11, 2016]

Petition for writ of certiorari to the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 09-13697 CACE.

James K. Clark of Clark, Robb, Mason, Coulombe, Buschman & Charbonnet, Miami, for petitioner.

Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach and Richard M. Benrubi of Liggio Benrubi, P.A., West Palm Beach, for respondent.

*ON REMAND FROM THE SUPREME COURT*

PER CURIAM.

Consistent with the Florida Supreme Court's opinion in *Paton v. GEICO General Insurance Co.*, No. SC14-282, 2016 WL 1163372 (Fla. Mar. 24, 2016), the petition for writ of certiorari is denied.

STEVENSON, GROSS and DAMOORGIAN, JJ., concur.

\*        \*        \*